# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- | ) |
| | ) |
| The Boeing Company | )     ASBCA No. 61242 |
| | ) |
| Under Contract No. F33657-01-D-2050 | ) |

APPEARANCE FOR THE APPELLANT:     Seth H. Locke, Esq.
       Perkins Coie
       Washington, DC

APPEARANCES FOR THE GOVERNMENT:     E. Michael Chiaparas, Esq.
       DCMA Chief Trial Attorney
    Arthur M. Taylor, Esq.
       Trial Attorney
       Defense Contract Management Agency
       Chantilly, VA

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 16 November 2017

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61242, Appeal of The Boeing Company, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals